**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | | |
|---|---|---|
| **ARTHUR PEREZ,** | ) | |
| Plaintiff, | ) | Case No. EDCV 10-01214 AJW |
| v. | ) | **J U D G M E N T** |
| **MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,** | ) ) ) | |
| Defendant. | ) | |

**IT IS ADJUDGED** that the Commissioner's decision is **affirmed.**

April 29, 2011

_____
ANDREW J. WISTRICH
United States Magistrate Judge